IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22–127–M–DWM<br><br>ORDER |

IT IS ORDERED that the cases listed in Attachment A are consolidated for pretrial proceedings, discovery, and bench trial on the plaintiffs' consolidated claims for declaratory and injunctive relief associated with the conditions of confinement at Lake County Jail in Polson, Montana. The above-captioned case will act as a "Master Docket" for the cases. All pleadings filed in the Master Docket will be deemed filed in each individual associated case. If pleadings apply to all consolidated actions the caption shall state "All Cases" and be filed only in the Master Docket. Documents intended only for a specific individual case must so indicate in the caption and should be filed in both the Master Docket and the individual case. The terms of this Order shall apply automatically to actions later instituted in, removed to, or assigned to this Court involving related claims.

IT IS FURTHER ORDERED that the Clerk is directed to file the Consolidated Class Action Complaint (Doc. 13) and Lake County Defendants'

Answer (Doc. 19) from *Blackcrow v. Lake County*, CV 21–97–M–DWM in the present action.

IT IS FURTHER ORDERED that plaintiffs' counsel must file a notice in the Master Docket on or before August 15, 2022, identifying which plaintiffs within Attachment A are also pursuing individual claims that fall outside the Consolidated Complaint. Plaintiffs' counsel must file amended complaints in those individual cases on or before September 15, 2022, clearly differentiating between the consolidated claims and the individual claims. The Court will prescreen the individual claims pursuant to 28 U.S.C. §§ 1915, 1915A to determine if defendants will be required to answer claims that fall outside the consolidated action. All future related complaints will be prescreened upon filing.

DATED this 19th day of July, 2022.

Donald W. Molloy, District Judge
United States District Court