IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL, | CV 22–127–M–DWM<br><br>ORDER |

The plaintiffs in the actions in the attached Appendix A were added to this consolidated litigation without filing their statements of inmate account for the six months prior to the date of their motions to proceed in forma pauperis, as required by law. *See* 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS ORDERED:

1. By August 19, 2022, Plaintiff's counsel is directed to file account statements for the plaintiffs in the cases in Attachment A. Failure to do so will result in dismissal of any such plaintiff from the action.

2. Any plaintiff who cannot be located will be dismissed from the action.

DATED this 19th day of July, 2022.

Donald W. Molloy, District Judge
United States District Court