Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Constance Van Kley
Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
406-306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL, | CV 22-127-M-DWM<br><br>**Notice of Filing Prisoner Account Statements** |

Pursuant to the Court's Order of July 20, 2022 (Doc. 5) and 28 U.S.C. § 1915(a)(2), Plaintiffs' counsel files, as attachments to this notice, account statements for the following plaintiffs identified in Appendix A to the Court's Order:

1. 21-cv-123-M-DWM, James Elverud;

2. 22-cv-37-M-DWM, Amiel Gardipe;

3. 22-cv-49-M-DWM, Seth Williams; and

4. 22-cv-106-M-DWM, Dolly Zambrana.

Plaintiffs' counsel independently reviewed each plaintiff's individual dockets, and offers the following additional account statements, as they may be missing from each plaintiff's file:

5. 22-cv-25-M-DWM, Joseph Brown; and

6. 22-cv-31-M-DWM, Isaac Fleming (Fleming's co-plaintiff, Trevor Gardipe, did file a statement).

Plaintiffs' counsel have been unable to communicate with the following plaintiffs and cannot provide their account statements at this time:

1. 22-cv-14-M-DWM, Chantel Cooper;

2. 22-cv-14-M-DWM, Miranda Sherdain;

3. 22-cv-14-M-DWM, Sunny Ellenwood;

4. 22-cv-22-M-DWM, Luke Running Crane;

5. 22-cv-36-M-DWM, James Cleveland; and

6. 22-cv-38-M-DWM, James Brown.

DATED this 19th day of August, 2022.

/s/Timothy M. Bechtold
BECHTOLD LAW FIRM

/s/Constance Van Kley
UPPER SEVEN LAW

*Attorneys for Plaintiffs*