# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **In Re: Conditions at Lake County Jail** | **Civil Case No. 9:22-cv-127-DWM**<br><br>**Order Granting Unopposed Motion for Extension of Time** |

Having considered Defendant Gianforte's *Unopposed Motion for Extension of Time*, and for good cause shown, the Court finds the motion should be **GRANTED**. Defendant Gianforte shall have to and including September 8, 2022, to file his response to the Amended Complaint, (Doc. 8). He shall have to and including September 6, 2022, to file his response to the Motion to Certify, (Doc. 9), with Plaintiffs' reply to both Defendants' responses to the motion extended to and including September 12, 2022.

Dated: August _____, 2022

_____
The Honorable Judge Malloy
United States District Court Judge