Leonard H. Smith  (MT Bar #3445)
Mac Morris (MT Bar #130458)
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
P. O. Box 2529
Billings, MT 59103-2529
Telephone:  (406) 252-3441
Facsimile:  (406) 252-5292
lsmith@crowleyfleck.com
mmorris@crowleyfleck.com

Anita Y. Milanovich
General Counsel
OFFICE OF THE GOVERNOR
1301 E. 6th Ave.
Helena, MT  59601
Telephone:  (406) 444-5554
anita.milanovich@mt.gov

*Attorneys for Defendant Governor Greg Gianforte*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| IN RE:  CONDITIONS AT LAKE COUNTY JAIL | Cause No.:  CV 22-127-M-DWM<br><br>**DEFENDANT GOVERNOR GREG GIANFORTE'S MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Governor Greg Gianforte respectfully moves the Court for dismissal of all claims against him alleged in Plaintiffs' First Amended Class Action Complaint, as well as Defendant Lake County's cross-claim against the Governor for contribution and/or indemnity.

The grounds for this Motion are stated more fully in the accompanying brief, which is incorporated herein by reference and filed contemporaneously with this Motion.

DATED this 8th day of September, 2022.

                        CROWLEY FLECK PLLP

                        By /s/ Leonard H. Smith
                            Leonard H. Smith
                            Mac Morris

                        *Attorneys for Defendant*
                        *Governor Greg Gianforte*