IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | Master Docket CV 22–127–M–DWM<br><br>CV 22-148-M-DWM<br>CV 22-151-M-DWM<br>CV 22-153-M-DWM<br>CV 22-154-M-DWM<br>CV 22-155-M-DWM<br>CV 22-156-M-DWM<br>CV 22-157-M-DWM<br><br>ORDER |

Plaintiffs Christian Lee Wilson, Curtis Buck, Pierre Malatare Jr., Josiah Senecal, Devin A. Peasley, Sheldon Fisher, and Michael John Westwolf have all filed Complaints related to conditions of confinement at Lake County Jail, Polson, Montana. They have also filed motions for leave to proceed in forma pauperis with the proper account statements.

The Court has reviewed the Complaints to determine whether they should be consolidated with the other cases in the master docket of *In re: Conditions at Lake County Jail*, No. CV 22-127-M-DWM. The Court concludes they should.

Accordingly,

IT IS ORDERED:

1. The Complaints of Plaintiffs in the above-numbered cases will be consolidated with the other cases in the master docket of *In re: Conditions at Lake County Jail*, No. CV 22-127-M-DWM.

2. Plaintiffs' motions to proceed in forma pauperis are GRANTED. 28 U.S.C. § 1915(a). The filing fee is WAIVED, and the Clerk of Court is directed to remove "Lodged" from the docket entries.

3. Tim Bechtold of the Bechtold Law Firm, Missoula, Montana, is APPOINTED as counsel, pursuant to the terms outlined in this Court's January 24, 2022 Order in CV 21-97-M-DWM. (Doc. 11.)

DATED this 16th day of September, 2022.

_____
Donald W. Molloy, District Judge
United States District Court