IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | Master Docket CV 22–127–M–DWM<br><br>CV 22-160-M-DWM<br><br>ORDER |

Plaintiff Darrin William Matt has filed a Complaint related to conditions of confinement at Lake County Jail, Polson, Montana. (Doc. 2.) He has also filed a motion for leave to proceed in forma pauperis and his account statement. (Docs. 1 and 4.)

Accordingly,

IT IS ORDERED:

1. Matt's Complaint will be consolidated with the other cases in the master docket of *In re: Conditions at Lake County Jail*, No. CV 22-127-M-DWM.

2. Plaintiff's motion to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a). The filing fee is WAIVED, and the Clerk of Court is directed to remove "Lodged" from the docket entry.

1

3. Tim Bechtold of the Bechtold Law Firm, Missoula, Montana, is APPOINTED as counsel, pursuant to the terms outlined in this Court's January 24, 2022 Order in CV 21-97-M-DWM. (Doc. 11.)

DATED this 6th day of October, 2022.

　　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　　United States District Court