Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Constance Van Kley
Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
406-306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA MISSOULA DIVISION

|  |  |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL, | CV 22-127-M-DWM<br><br>**Proposed Class Action Notification Plan** |

Pursuant to the Court's order of October 11, 2022, Plaintiffs submit the following plan to give notice to members of the certified class. The proposed notice to be provided to all identifiable class members is attached as Exhibit 1 to this filing.

Plaintiffs' counsel is working with Defendant Lake County to identify all members of the class to date. Using the information provided by Defendant Lake County, Counsel will look up each individual through the Montana Department of Corrections' Offender Search function. This will give counsel all necessary information for incarcerated individuals.

Through discovery requests Counsel has asked for last known addresses of all class members from Defendant Lake County. Lake County has not yet been able to confirm that it will be able to provide this information within 30 days of receiving Plaintiffs' discovery requests. Following receipt of this information, Counsel will mail notices to unincarcerated class members at their last known addresses.

Counsel anticipates that some members of the class will be neither incarcerated nor reachable at their last known addresses. To maximize reach, counsel will post notice of the class in the following publications:

- The Lake County Leader;
- The Flathead Beacon;
- The Daily Inter Lake;
- The Valley Journal; and
- The Missoulian.

Finally, Counsel asks that Defendant Lake County provide the class notification to all current and future inmates by:

- Posting the notice in conspicuous locations within the Lake County Jail, the Sheriff's Office, and the Courthouse; and
- Providing a copy of the notice to all inmates when they are booked into the Lake County Jail.

In the event that the proposed uncertified Tribal Member Subclass is later certified, Counsel will work with the tribal enrollment office to identify tribal members from within the main Class. If the Subclass is certified, Counsel will submit to the Court a separate proposed notification to Subclass members. This notice will include an opt-out mechanism if certification is made under Rule 23(b)(3). Such notice will be sent to Subclass members using the same methods outlined above.

Counsel proposes the following deadlines to complete this plan:

| | |
|---|---|
| Defendant Lake County posts notice and provides notice to all inmates | Within 7 days of the Court's approval of the plan; continuing until case fully resolved |
| Counsel publishes notice in identified newspapers | Within 14 days of the Court's approval of the plan; once a week for one month |
| Counsel mails notice to incarcerated individuals | December 15, 2022 |

| Counsel mails notice to unincarcerated individuals at last known address | January 15, 2022 |

Respectfully submitted this 20th day of October, 2022.

/s//Timothy M. Bechtold
BECHTOLD LAW FIRM

/s/Constance Van Kley
UPPER SEVEN LAW

*Attorneys for Plaintiffs*