IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22–127–M–DWM<br><br>ORDER |
| DALLAS T. ANDREWS,<br><br>              Plaintiff,<br>v.<br><br>LAKE COUNTY ET AL.,<br><br>              Defendants. | CV-22-170-M-DWM |
| ADRIAN MCELDERRY,<br><br>              Plaintiff,<br>v.<br><br>LAKE COUNTY ET AL.,<br><br>              Defendants, | CV-22-171-M-DWM |
| BRENNAN ADRIAN JONES,<br><br>              Plaintiff,<br>v.<br><br>LAKE COUNTY ET AL.,<br><br>              Defendants, | CV-22-172-M-DWM |

1

| | |
|---|---|
| WILLIAM EDWARD AZURE, JR.,<br><br>             Plaintiff,<br>v.<br><br>STATE OF MONTANA, ET AL.,<br><br>             Defendants, | CV-22-173-M-DWM |
| MATTHEW PARKER,<br><br>             Plaintiff,<br>v.<br><br>LAKE COUNTY ET AL.,<br><br>             Defendants, | CV-22-175-M-DWM |
| SHAYLYNN REID,<br><br>             Plaintiff,<br>v.<br><br>STATE OF MONTANA, ET AL.,<br><br>             Defendants, | CV-22-176-M-DWM |

Plaintiffs in the above-captioned individual cases have filed complaints that relate to the class action now certified under Cause No. CV 22-127-M-DWM. Because the Court has certified a class, is therefore no longer proper to consolidate individual cases under a master docket when plaintiffs are able to join the class action as members.

A modified notice of class action certification provided by Plaintiffs' counsel

reads as follows:

> TO: All persons incarcerated at Lake County Jail as of September 3, 2021 to
> the present, as well as all current and future inmates.
>
> Dozens of individuals have filed lawsuits alleging that the conditions of
> confinement at the Lake County Jail are unconstitutional and illegal. The
> Court has not ruled on the merits of these claims or Defendants' defenses.
>
> If you were incarcerated at the Lake County Jail at any time on or after
> September 3, 2021, you are a member of the class. The class that has been
> certified is pursuing claims for injunctive and declaratory relief—not money
> damages.
>
> You do not need to do anything in response to this notice. Do NOT write or
> telephone the Court if you have any questions about this notice. If you have
> questions, please contact class counsel at the following addresses:
>
> Timothy M. Bechtold, tim@bechtoldlaw.net
> PO Box 7051
> Missoula, MT 59807
>
> Constance Van Kley, constance@uppersevenlaw.com
>
> You may read the full Notice of Class Action Certification at
> uppersevenlaw.com/classnotice

If the above-captioned Plaintiffs are potential members of the Class, they

should contact Plaintiffs' counsel as directed for more information.

Plaintiffs Shaylynn Reid, Brennan Adrian Jones, and Dallas T. Andrews have

also filed motions to proceed in forma pauperis, accompanied by their account

statements. 28 U.S.C. § 1915(a)(2).  Their motions will be granted.

3

Plaintiffs Matthew Parker, William Azure, and Adrian McElderry filed motions to proceed in forma pauperis but failed to submit the account statement required by law. 28 U.S.C. § 1915(a)(2). Their motions will be denied, subject to renewal.

Parker and Andrews also filed motions to appoint counsel. No litigant, including incarcerated prisoners proceeding in forma pauperis, has a constitutional right to be represented by appointed counsel when they choose to bring a civil lawsuit under 42 U.S.C. § 1983. *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *withdrawn on other grounds*, 154 F.3d 952, 962 (9th Cir. 1998). The motions will be denied, subject to renewal.

Accordingly, it is ORDERED:

1.  Plaintiffs are directed to contact Class counsel if they intend to proceed on their claims as a member of the Class.

2.  The individual cases listed above are STAYED, pending resolution of the class claims in Cause No. CV 22–127–M–DWM.

3.  The motions to proceed in forma pauperis of Plaintiffs Shaylynn Reid, Brennan Adrian Jones, and Dallas T. Andrews are GRANTED.

4.  The motions to proceed in forma pauperis of Plaintiffs Matthew Parker, William Azure, and Adrian McElderry are DENIED, subject to renewal upon lifting of the stay.

5.  The motions to appoint counsel of Parker and Andrews are DENIED,

subject to renewal upon lifting of the stay.

6.  At all times, Plaintiffs must keep the Court and counsel advised of any

change of address. Failure to do so may result in dismissal pursuant to Fed. R. Civ.

P. 41.

Dated this $\underline{1^{5t}}$ day of November, 2022.

Donald W. Molloy, District Judge
United States District Court

5