IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22–127–M–DWM<br><br>ORDER |

Several Plaintiffs having filed Amended Complaints with their individual claims, and a Class having been certified in this consolidated action, it is HEREBY ORDERED:

1. All individual cases with Amended Complaints are STAYED, pending resolution of the class claims in Cause No. CV 22–127–M–DWM.

2. After the resolution of the class claims, the Court will schedule a status conference to determine the disposition of remaining individual claims.

3. At all times, Plaintiffs must keep the Court and counsel advised of any change of address. Failure to do so may result in dismissal pursuant to Fed. R. Civ. P. 41.

Dated this 7th day of November, 2022.

Donald W. Molloy, District Judge
United States District Court