| | |
|---|---|
| Robert C. Lukes | Jeffrey R. Kivetz |
| Marisa L. Heiling | David A. Brueggen |
| GARLINGTON, LOHN & ROBINSON, PLLP | SOTOS LAW FIRM, P.C. |
| 350 Ryman Street • P. O. Box 7909 | 141 W. Jackson Blvd., Suite 1240a |
| Missoula, MT  59807-7909 | Chicago, Illinois 60604 |
| Phone (406) 523-2500 | Phone: (630) 735-3300 |
| Fax (406) 523-2595 | Fax: (630) 773-0980 |
| rclukes@garlington.com | jkivetz@jsotoslaw.com |
| mlheiling@garlington.com | dbrueggen@jsotoslaw.com |
| | (*Pro Hac Vice*) |

Attorneys for Defendant Lake County

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22-127-M-DWM<br><br>DEFENDANT LAKE COUNTY'S UNOPPOSED MOTION TO VACATE TRIAL DATE AND SELECT NEW DATE |

Defendant Lake County hereby moves the Court to Vacate the trial date recently identified in its Order of November 1, 2022 (Doc. 106) and to select a new date for the trial of the above-captioned matter.  Defendant has conferred with Plaintiff's counsel in this regard and reports Plaintiffs have no objection to this request.

Defendant is filing a brief in support of this motion on this same day.

DATED this 8th day of November, 2022.

                                        /s/  Robert C. Lukes
                                 Attorneys for Defendant Lake County