| | |
|---|---|
| Robert C. Lukes | Jeffrey R. Kivetz |
| Marisa L. Heiling | David A. Brueggen |
| GARLINGTON, LOHN & ROBINSON, PLLP | SOTOS LAW FIRM, P.C. |
| 350 Ryman Street • P. O. Box 7909 | 141 W. Jackson Blvd., Suite 1240a |
| Missoula, MT  59807-7909 | Chicago, Illinois 60604 |
| Phone (406) 523-2500 | Phone: (630) 735-3300 |
| Fax (406) 523-2595 | Fax: (630) 773-0980 |
| rclukes@garlington.com | jkivetz@jsotoslaw.com |
| mlheiling@garlington.com | dbrueggen@jsotoslaw.com |
| | *(Pro Hac Vice)* |

Attorneys for Lake County, Montana

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22-127-M-DWM<br><br>DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF INCARCERATED CLASS REPRESENTATIVES |

Defendant, Lake County, through its attorneys, respectfully requests that the Court grant Defendant leave to take the depositions of several Class Representative Plaintiffs who are incarcerated in various correctional facilities. In support thereof, Defendant states:

1.     On October 11, 2022, the Court certified the Plaintiffs' proposed Conditions Class. (Doc. 49.)

2. Plaintiffs proposed the following class representatives on behalf of the Conditions Class: Aloysius Blackcrow, James Elverud, Stoney Corcoran, Tyler Erickson, Marcus Azure, Nethaniel Madplume, Samantha Ness, and Monica Greene. *See* (Doc. 8 ¶ 39); (Doc. 10 at 13).

3. Defendant seeks to depose the Class Representative Plaintiffs pursuant to Federal Rules of Civil Procedure Rule 30.

4. Seven of the eight class representative Plaintiffs are currently incarcerated as follows:

    a. Aloysious Blackcrow (Montana State Prison – Deer Lodge, MT)

    b. James Elverud (Federal Correctional Institution, Sandstone – Sandstone, MN)

    c. Stoney Corcoran (Crossroads Correctional Center – Shelby, MT)

    d. Tyler Erickson (Lake County Jail – Polson, MT)

    e. Marcus Azure (Lake County Jail – Polson, MT)

    f. Nethanial Madplume (Connections Corrections Program – Butte, MT)

    g. Monica Greene (Williams County Jail – Williston, ND)

5.      Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure requires leave of court to depose an individual that is confined in prison.

6.      Defendant's counsel contacted counsel for the Class Plaintiffs on April 18, 2023 to determine their position on this motion.  Plaintiffs' counsel does not oppose this motion.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting leave for Defendant to take the depositions of the following incarcerated Class Representative Plaintiffs: Aloysius Blackcrow, James Elverud, Stoney Corcoran, Tyler Erickson, Nethaniel Madplume, Marcus Azure, and Monica Greene and for such further relief as it deems appropriate.

DATED this 25th day of April, 2023.

> /s/  Marisa L. Heiling
> Attorneys for Defendant Lake County