IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22-127-M-DWM<br><br>ORDER |

Defendant Lake County having moved unopposed for leave to take depositions of incarcerated class representatives, (Doc. 119),

IT IS ORDERED that Defendant Lake County's motion (Doc. 119) is GRANTED. *See* Fed. R. Civ. P. 30(a)(2)(B). Defendant may take the depositions of the following incarcerated persons:

    a.    Aloysious Blackcrow (Montana State Prison – Deer Lodge, MT)

    b.    James Elverud (Federal Correctional Institution, Sandstone – Sandstone, MN)

    c.    Stoney Corcoran (Crossroads Correctional Center – Shelby, MT)

    d.    Tyler Erickson (Lake County Jail – Polson, MT)

1

e. Marcus Azure (Lake County Jail – Polson, MT)

f. Nethanial Madplume (Connections Corrections Program – Butte, MT)

g. Monica Greene (Williams County Jail – Williston, ND)

DATED this 27th day of April, 2023.

_____
Donald W. Molloy, District Judge
United States District Court