Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Constance Van Kley
Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
406-306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL, | CV 22-127-M-DWM<br><br>**JOINT MOTION TO EXTEND MOTIONS DEADLINE** |

Plaintiffs and Defendant jointly move the Court for an extension of

the motions deadline from July 7, 2023 to on or after August 11, 2023.

1

The parties have been working diligently through voluminous discovery materials, many of which are unavailable without external technological assistance. The parties remain committed to working cooperatively through discovery and have made substantial progress, but additional time will aid the parties in preparation.

The above-captioned matter is a class action lawsuit with many hundreds of class members. The scope of discovery, like the scope of the litigation, is significant, and particular features of this litigation increase the resources necessary to conduct discovery. Class representatives are largely incarcerated, in facilities across Montana, North Dakota, and Minnesota, creating significant delays in correspondence. Because Defendants' files are organized by inmate, it is extremely time-consuming to identify particular documents, such as grievances and housing records.

The proposed extension will assist the parties in the fair consideration and full presentation of factual information relevant to any motions that are filed. Further, settlement discussions are currently underway, and the parties are hopeful that motions ultimately may be unnecessary. Even if the parties are unable to reach a mutually

agreeable decision, however, additional time will aid the parties in narrowing the issues that must be resolved by the Court.

Initially, trial in this matter was set for November 6, 2023. (Doc. 4 at 2.) Trial has since been reset for February 5, 2024. (Doc. 115 at 1.) Thus, the requested extension is unlikely to interfere with preparation for trial in this matter.

Dated this 15th day of May, 2023.

/s/Timothy M. Bechtold
BECHTOLD LAW FIRM

/s/Constance Van Kley
UPPER SEVEN LAW

*Attorneys for Plaintiffs*

/s/Marisa L. Heiling
Garlington, Lohn & Robinson, PLLP

*Attorney for Defendant*