Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Constance Van Kley
Rylee Sommers-Flanagan
Cameron Clevidence
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
406-306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com
cam@uppersevenlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL, | ) ) ) ) ) ) ) ) ) | CV 22-127-M-DWM<br><br>**Unopposed Motion to Remove Class Representative Ness** |

Plaintiffs respectfully move to remove Samantha Ness as a named Class Representative. Defendant Lake County does not oppose this

motion. Plaintiffs submit concurrently a supporting brief, declaration, and proposed order.

Respectfully submitted on July 30, 2023.

/s/ Constance Van Kley
Constance Van Kley
Cameron Clevidence
Rylee Sommers-Flanagan
UPPER SEVEN LAW

/s/ Timothy M. Bechtold
Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC

*Attorneys for Plaintiff*