Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Constance Van Kley
Rylee Sommers-Flanagan
Cameron Clevidence
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
406-306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com
cam@uppersevenlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22-127-M-DWM<br><br>**Joint Motion to Stay Proceedings and to Vacate Scheduling Order** |

Class Counsel, together with counsel for the Defendants, respectfully and jointly move this Court for an Order staying proceedings and vacating all remaining deadlines. (*See* Docs. 4, 115, 123.) The

parties respectfully request an opportunity to provide the Court with a status update by August 30, 2023.

The parties have engaged in settlement discussions and exchanged preliminary drafts of a proposed settlement agreement. While the parties continue to work through the details, they have reached an agreement in principle relating to the class action complaint.

Good faith settlement negotiations continue, and the parties have not yet reached a final resolution. Counsel for both parties are confident, however, that the parties are close to reaching a final settlement agreement and request that they be given the opportunity to file a joint status update by August 30, 2023.

Accordingly, the Court's remaining deadlines (*see* Docs. 4, 115, 123) should be vacated to allow the parties to enter a resolution of the issues related to the Jail. The parties to this action respectfully request this Court to enter an Order that stays proceedings, vacates existing deadlines, and sets a joint status update for August 30, 2023.

//

//

//

Dated June 30, 2023.

/s/Constance Van Kley
UPPER SEVEN LAW

/s/Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC

*Attorneys for Plaintiffs*

/s/Robert C. Lukes
GARLINGTON, LOHN & ROBINSON, PLLP

/s/Jeffrey R. Kivetz
SOTOS LAW FIRM, P.C.

*Attorneys for Defendants*