IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

IN RE: CONDITIONS AT LAKE
COUNTY JAIL

CV 22–127–M–DWM

ORDER

Plaintiffs having moved unopposed to remove Plaintiff Samantha Ness as a named Class Representative,

IT IS ORDERED that the motion (Doc. 124) is GRANTED.  Ness is removed as a Class Representative in the case.

DATED this 5th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court