IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22–127–M–DWM<br><br>ORDER |

The parties having moved jointly to stay proceedings and vacate the scheduling order, (*see* Docs. 4, 115, 123),

IT IS ORDERED that the motion (Doc. 126) is GRANTED in PART and DENIED in PART. The motion is GRANTED insofar as the motions deadline is extended to November 1, 2023. The motion is otherwise DENIED. No further extensions of time will be granted and the trial schedule will remain in place until a settlement, if any, is finalized.

DATED this 5th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court