Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Constance Van Kley
Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
406-306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

    *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL, | CV 22-127-M-DWM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

    Plaintiffs give notice that Cameron Clevidence withdraws from the above-captioned matter as counsel for Plaintiffs, as he no longer is

1

employed by Upper Seven Law. Plaintiffs continue to be represented by Timothy Bechtold, Constance Van Kley, and Rylee Sommers-Flanagan.

Respectfully submitted this 24th day of August, 2023.

/s/Constance Van Kley
UPPER SEVEN LAW

*Attorneys for Plaintiffs*