Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Constance Van Kley
Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
406-306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL, | CV 22-127-M-DWM<br><br>**Joint Motion for Preliminary Approval of Settlement, Notice to the Class, and Fairness Hearing** |

The parties jointly file this Motion seeking preliminary approval of the parties' Proposed Settlement Agreement, an Order authorizing notice to the class, and the scheduling of a fairness hearing.

As set forth in the parties' Brief in Support of this Motion, the parties believe the Proposed Settlement Agreement is fair, reasonable and adequate. As such, the parties respectfully request that this Court enter an Order preliminarily approving the Proposed Settlement Agreement, Ordering Notice to the Class, and scheduling a fairness hearing. The Settlement Agreement, Proposed Notice to Class Members, and Proposed Order are all attached as Exhibits to the parties' Brief in Support of this Motion.

//
//
//
//
//
//
//
//

Dated August 24, 2023.

Respectfully submitted,

By: /s/ *Constance Van Kley*
Constance Van Kley
Rylee Sommers-Flanagan
Upper Seven Law

/s/ *Timothy Bechtold*
Timothy Bechtold
Bechtold Law, PLLC

*Attorneys for Plaintiffs*


/s/ *Robert C. Lukes*
Robert C. Lukes
Marissa L. Heiling
Garlington, Lohn & Robinson

/s/ *Jeffrey R. Kivetz*
Jeffrey R. Kivetz
David A. Brueggen
Sotos Law Firm

*Attorneys for Defendants*