IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE: CONDITIONS AT LAKE COUNTY JAIL | CV 22–127–M–DWM<br><br>ORDER |

On November 21, 2023, the Court conducted a fairness hearing and approved of the Settlement Agreement in this matter. The parties, having jointly moved the Court to dismiss this matter with prejudice in accordance with the approved Settlement Agreement,

IT IS ORDERED that this matter is DISMISSED with prejudice pursuant to the terms of the Settlement Agreement.

IT IS FURTHER ORDERED that the trial set for February 12, 2024, and all associated deadlines are VACATED.

Dated this 21st day of November, 2023.

Donald W. Molloy, District Judge
United States District Court